# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

V.

RENEE KUZMIK,

*(Name and Address of Defendant)*

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ-628

FILED (ESC)
U.S. District Court Clerk
Ronald C. Weston, Sr.
MAY 11 2005
By *CBH*
Western Michigan

I, Wesley V. Schoals, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about August, 2004 in Charlevoix county, in the Western District of Michigan, Southern Division defendant(s) did, *(Track Statutory Language Offense)*

knowingly aid and assist an alien inadmissible after having been deported for an aggravated felony to enter the United States

in violation of Title 8, United States Code, Section(s) 1327

I further state that I am a(n)Special Agent and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:    _X_ Yes    ___ No

*Signature of Complainant  Wesley V. Schoals*

Sworn to before me and subscribed in my presence,

5/11/05    4:00 pm    at    Grand Rapids, Michigan
*Date and Time Issued*

**Honorable ELLEN S. CARMODY**
**Magistrate Judge**
*Name & Title of Judicial Officer*

*Signature of Judicial Officer*

## AFFIDAVIT

I, Senior Special Agent (SSA) Wesley V. Schoals, U.S. Immigration and Customs Enforcement (ICE), Office of the Resident Agent, Sault Ste. Marie, Michigan, state the following:

I have been employed with ICE as a Criminal Investigator/Special Agent for approximately four (4) years.  Prior to this appointment, I was employed with the U.S. Department of Justice, Immigration and Naturalization Service (INS) as a Criminal Investigator for four (4) years.  During my tenure as a Criminal Investigator/Special Agent for both ICE and INS, I have been involved in well over 500 federal criminal and administrative investigations resulting in more than 300 federal arrests and convictions.  The following facts are intended to set forth probable cause to believe that Renee Mae KUZMIK, committed a violation of federal law, specifically Title 8, United States Code, Section 1327.

Title 8, United States Code, Section 1327 provides that:  "Any person who knowingly aids or assists any alien inadmissible under section 1182(a)(2) (insofar as an alien inadmissible under such section has been convicted of an aggravated felony) or 1182(a)(3) (other than subparagraph (E) thereof) of this title to enter the United States, or who connives or conspires with any person or persons to allow, procure, or permit any such alien to enter the United States, shall be fined under Title 18, or imprisoned not more than 10 years, or both."

On November 12, 2001, 9-month-old Carissa Kusmik of Charlevoix, Michigan, died of severe blunt trauma to her abdomen with internal hemorrhaging, laceration of the liver and two broken ribs while in the care of Juan Antonio Garcia-Barcenas, Renee Kuzmik's boyfriend.  KUZMIK is also the mother of two surviving children:  Courtney, age 12, and Ciara, age 9.

Garcia-Barcenas is a Mexican national illegally in the United States.  Shortly after his arrest, Garcia Barcenas, a 23-year-old man, twice explained himself to police officers saying that he needed help for his drinking and anger problems and that he had balled his right fist and punched the infant three times in the stomach.  Garcia-Barcenas pled guilty to involuntary manslaughter and on April 19, 2002, was sentenced to 18 months to 15 years in prison.[1]  He was paroled on July 19, 2004, and within 24 hours deported to Mexico following his aggravated conviction for what the State of Michigan characterized as "Homicide - Manslaughter - Involuntary."  In less than 8 weeks, Defendant traveled hundreds of miles across the United States and was arrested back in Michigan.  He then pleaded guilty to being present in the United States after having been deported subsequent to an aggravated felony conviction in violation of 8 U.S.C. § 1326(a) and

---

[1]The Michigan Felony Information charged that "the defendant did unlawfully kill Carissa Nicole Kuzmik, during the negligent performance of a lawful act, to-wit:  Attempting to revive or attend to Carissa Nicole Kusmik's needs and using excessive force, but without intending to kill, to do great bodily harm, or act in wanton and willful disregard of the likelihood that the natural tendency of said act would cause death or great bodily harm; contrary to MCL 750.321 . . . ."

was recently sentenced by the Honorable Gordon J. Quist to almost 4 years in prison.

On April 21, 2005, I received information from the Chief Assistant Prosecutor (AP) Shaynee K. Fanara, Charlevoix County, Michigan Prosecuting Attorney's Office, Charlevoix, Michigan, concerning Renee KUZMIK, a U.S. Citizen and resident of Boyne City, Michigan.

AP Fanara said that she became aware that GARCIA was again back in Michigan in September 2004, and was apprehended in Grand Rapids, Michigan on September 22, 2004.  AP Fanara gave me a copy of an Affidavit prepared by Maureen Clore, Children Protective Services, Antrim and Kalkaska County Department of Human Services.  In the Affidavit, GARCIA admitted to Clore that Renee KUZMIK traveled to Austin, Texas on or about August 2004, to get GARCIA and bring him back to Boyne City, Michigan.

On April 27, 2005, I and Senior Border Patrol Agent (SBPA) Jeffrey Cheney interviewed Renee KUZMIK in her apartment in Boyne City, Michigan.  In a post Miranda interview KUZMIK told me that shortly after GARCIA's deportation from the United States, GARCIA had contacted her by telephone.  KUZMIK said that approximately one week before Labor Day weekend 2004, GARCIA had again called to inform her that he was in the United States and needed $800.00 USD to pay for being smuggled into the United States.  KUZMIK admitted that she knew GARCIA was deported and a felon.

KUZMIK further stated that she wired $800.00 via Western Union to an unknown individual in San Juan, Texas.  KUZMIK told me that she knew this money was to pay the smuggler that brought GARCIA into the United States.

KUZMIK told me that she had asked Connie ROMERO, to ride with her in her personal vehicle to Austin, Texas to pick-up GARCIA.  ROMERO agreed.  KUZMIK said that once she picked up GARCIA, her and ROMERO drove straight to Michigan. KUZMIK admitted that GARCIA resided with her and her children at 30 North Addis Road, Boyne City, Michigan, for approximately three (3) weeks.  KUZMIK said that when law enforcement came to her apartment looking for GARCIA, GARCIA was hiding in the home at the time.  KUZMIK took GARCIA that same night to an unknown trailer in Grand Rapids, Michigan, and left him there.  KUZMIK spent the night in a motel near Grand Rapids.  KUZMIK told me that she took GARCIA to Grand Rapids to help him avoid detection by Law Enforcement.

KUZMIK provided a written sworn statement affirming the above facts.

Based on the foregoing information, I have probable cause to believe that Renee Mae KUZMIK drove Juan Antonio GARCIA-Barcenas, an alien and Aggravated Felon from Mexico illegally in the United States, in furtherance of his entry, by taking GARCIA from Austin, Texas, to Boyne City, Michigan.  KUZMIK harbored GARCIA for three (3)

weeks in her Boyne City, Michigan, apartment before moving GARCIA to Grand Rapids, Michigan to avoid detection by law enforcement officers.  KUZMIK paid $800.00 via Western Union to a person she believed to be GARCIA's smuggler.  KUZMIK is in violation of Title 8 of the United States Code, Section 1327.

*Wesley V Schoal*

Wesley V. Schoals
Senior Special Agent
U.S. Immigration and Customs Enforcement

Sworn and subscribed to before me this
11th day of May, 2005.

*Ellen S Carmody*

ELLEN S. CARMODY
United States Magistrate Judge
Western District of Michigan